**John Michael COFFEY, Petitioner-Appellee,**

v.

**Walter E. CRAVEN, Warden, California State Prison at Folsom, Respondent-Appellant.**

**No. 24858.**

United States Court of Appeals, Ninth Circuit.

June 9, 1971.

Joyce F. Nedde, Deputy Atty. Gen., (argued), Evelle J. Younger, Atty. Gen., San Francisco, Cal., for respondent-appellant.

Joseph A. Filippelli (argued), of Filippelli & Eisenberg, San Francisco, Cal., for petitioner-appellee.

Before CHAMBERS and CARTER, Circuit Judges, and JAMESON,* District Judge.

PER CURIAM:

The order granting a writ of habeas corpus is reversed.

We find that Coffey's psychiatric evidence based upon observation years later was too remote to be of much value in this case in evaluating the situation at the time of trial.

The record seems clear that the state trial judge had no doubt as to the competency of Coffey at any critical time.

We cannot find that the happenings in the state process at the trial or in the legal processes preceding the trial show any denial of any federal constitutional right.